ney's Office, Northern District of Texas, Fort Worth, TX, for Plaintiff–Appellee.

Jerry V. Beard, Assistant, Federal Public Defender, William Ernest Hermesmeyer, Federal Public Defender's Office, Northern District of Texas, Fort Worth, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, DENNIS, and PRADO, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Donald Mark Scott presents arguments that he concedes are foreclosed by *United States v. Brown,* 920 F.2d 1212, 1216–17 (5th Cir.1991), *abrogated on other grounds by United States v. Candia,* 454 F.3d 468, 472–73 (5th Cir.2006), which held that a district court may order a term of imprisonment to run consecutively with an unimposed state sentence. The appellant's motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

---

**UNITED STATES of America, Plaintiff–Appellee**

v.

**Karry G. TALLANT, Defendant–Appellant.**

No. 08–10798
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Feb. 18, 2009.

Vicki H. Lamberson, Assistant U.S. Attorney, U.S. Attorney's Office Northern District of Texas, Amarillo, TX, for Plaintiff–Appellee.

Michael L. King, Federal Public Defender's Office Northern District of Texas, Lubbock, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, DENNIS, and PRADO, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Karry G. Tallant presents arguments that he concedes are foreclosed by *United States v. Brown,* 920 F.2d 1212, 1216–17 (5th Cir.1991), *abrogated on other grounds by United States v. Candia,* 454 F.3d 468, 472–73 (5th Cir.2006), which held that a district court may order a term of imprisonment to run consecutively with an unimposed state sentence. The appellant's

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.

UNITED STATES of America, Plaintiff–Appellee

v.

Robert Lee EARL, Defendant–Appellant.

No. 08–10694

Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Feb. 18, 2009.

Nancy E. Larson, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Fort Worth, TX, for Plaintiff–Appellee.

Robert Lee Earl, Beaumont, TX, pro se.

Before HIGGINBOTHAM, DENNIS, and PRADO, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Robert Lee Earl has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Earl has filed a response. Our independent review of the record, counsel's

brief, and Earl's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

UNITED STATES of America, Plaintiff–Appellee

v.

Raul Antonio MIRANDA–ARROYO, Defendant–Appellant.

No. 08–10685

Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Feb. 18, 2009.

Cody Lee Skipper, U.S. Attorney's Office Northern District of Texas, Lubbock, TX, for Plaintiff–Appellee.

David E. Sloan, Federal Public Defender's Office Northern District of Texas, Lubbock, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, DENNIS, and PRADO, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Raul Antonio Miranda–Ar-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.